Complaints

And Grievance on the Buffalo Police Department, And Erie County Holding Center. By Mario Pittman. Where I a citizen of the city of buffalo was, falsely arrested. On the night of April 7, 2005. Where I was a victim of and attempt made on my life, by way of a termendis amount of gun shots aimed in my direction by an unknown suspect. In this attempt, I was hit by one of the bullets. Thinking I was hit up worse then I was, I still manage to get away from this tunder of shots, from what seem to have been a machine gun. From what I seen and the amount of shots that was fired. A police officer from District 2 by the name of Tom English, who happen to be on the sene of the crime made againest me. As if he was already awear of, or in on this attempt made on my life. His demeanor match that of the unknown black male, light skinned like myself, who was trying to kill me. However he knew and heard, as well as seen this person shooting at me. And still why he found cover from the many shots coming in that direction, from which I was running. He then pointed his gun at me, while I was running toward Roger's street, where he neiled behind his car and order me to stop. As thou he wanted me to get killed by this unknown shooter. Or by at least his gun. Know daut about it I continued to run. Running right past police out of herms way. I then notice and hearde different caliber of weepon, shooting a large amount of shots. Not as many as the black person with gun. But it was well over six shots fired. I continued on until I felt it was safe, not really knowing what was what and injury pretty bad. After hiding in some old tops storage yard. I finally felt safe enough to approach police. I began yielling police I been shot up. Police who wasn't far away came. Rushing me to the gound putting cuffs on me. They began hitting me with there stick, punching and kicking me in the head, despite me telling them of me being shot, and shot at. On the way to my uncle's house, on haggen street, a few blocks away, from where I lived of freund street. I told them I didn't do anything wrong. Doubling back, because, I thought that I had lift my door unlocked, with nobody else there to lock it. Rushing out from a strange call I reckived from a girl around the same age of Amber Keller

Asking me my where abouts, as if we had known eachother from somewhere. This all was happen while the sevral officer continued beating me. Upset seeing me alive, and girl shot and still alive. Is how I now look at it. The beating lasted about 10 minutes. Leaving me beat out of my, hat and boots, and pants were bairly on, hanging down past my knees. And my pocket had been striped clean, money, and few other things. Dragged and thrown in back of police car, without being read any rights, or told anything way this was heppening to me. I was in know shape to resist, bairly functioning from pain, bleeding, cuffs put on extra tight. I still requested to be taken to hospital, because I knew I hadn't did anything wrong, and was in pretty bad condition. I was ignored, lift in back of police car, being told to shut up sevral times. Sitting there watching officer talk amoungs eachother, I would never stop running and called myself doing the right thing, if I would of known what they were planning of doing to me. Upset about suspect shooter getting away. A officer English, unprofessionalism panicing under pressure of gun shots, real gunshots, coming in his direction, he took cover and began shooting out of control, and shot a girl on the second floor. Clearly having know reason, or excuse to have been aimming upward. He fall upon his fellow officer's, with the need to take pressure off hisself, a police greve misconduct, and circumvent a law suit that would surely be pending. With know regard for me at all Reinvented what actual took place the morning out there. With the help of his friends in the system, form a case around me, as him being identifying witness, making the shooter out to be me. Bring in another person to further implicate me as the shooter. Who would believe a convicted felony over a cop. So he lied, using the system to help rail-road me. From that moment, I realized that I should say nothing else to them about what happen. They had ment me know good. They took me to Downtown Holding Center, instead of central booking. After having me sitting in back of car for about an hour or more.

The misusing continued, as they took inside. Without having being reed my rights I still knew dirty cops tactics. They try to get me to give a statement, but I refused to sign anything. They later on lied in court, sey I sign morrencla rights. But they never mention them to me, had have been a false signeture, but I never seen it. The cuffs were taken off. I had to use my shirt to clean my face from all the blood. They then took a picture. Picture showed how bad I was beaten, I could bairly stand on my own, and look bad enough to have been in hospitel from just seeing my face after I used my shirt it was still bloody. But they meaning the officer were not concern, acting like crimmels, worse then any I'v seen. The Deputy's awaiting my arrivel down stairs. So soon as I walked in with cuffs back on. Glenn a known deputy rushed me hitting in the head with his stick while other wetched, waiting until he was done, then man handle me to court hole. Where I reminded myself of how Roney King had to be able to relate to how I was feeling. I layed out on that floor denied all the rights of someone who had just locked supose to receive, trying not to go to sleep. Because I might not awake. After some hours I was giving a change of cloths, slippers and a pissed blanket, that was wet with fresh piss. The deputys found that funny. Took me up on delta a special housing unit, that was filthy and nesty smelling. From bathroom to the shower was very much a haszerd to my health. Bathroom had shit and piss on floor, on toilet seat, toilet pepper that had been used all over the whole area. Shower was very unclean, moded, vile smell, with old soap that had been use probable weeks or month ago. Where thrown all around the little area. I was left to sleep on floor. Denied court that friday as well as not being allowed to go to court that thursday. Even thou I was falsely arrested, in the wee hour of April, 7, 2005, thursday I still could of make court. But another tactic used to lessin the prove of the many beatings I took. That sunday before court I was given a cell, and beat after being cuffed and shackled. Dragged out by sevral deputys and forced to take a cold shower

From some shower that made me sick to my stomach. Despited the cuffs and shackles being on extra tight. I was told if I didn't clean myself up they would. I would also like to add that deputy's came from all over to see me get dumped and put in shower. Even female deputy's watch my nake body in and out the shower. That was my first and last shower taken in holding center. That following monday, I learned about the many lies police had told about that day. I told P.D. and court of my request to have felony complaint hearing. I was told I would be giving one, but never did receive one. The deputys behavior continued to match the out raging lies made against me. Depending on the condition of girl, I was jumped to and from court, to and from visit with lawyer, and family. The whole time and, that was enough to push me where I was know longer apible to see visitors. Due to having to be placed in cuffs and shackles every time I left the cell. Not knowing what the out come would be when I put on cuffs and shackles. How many would jump me, or would I be able to servive another beating by deputys. I still made exceptions to visit my mother. Lawyer was working against me, and allowed the many violations that were happen to me. Deputys control my case, and visits. They began saying I was refusing court, and visits. Courts played into it given the Drag order, which justifyed beatings, claiming I was banging my head against the wall, caused me to mis some very important matters in court. When girl died beating continued on, aimming them at my body more then my head. To further deluck my family an public. I would also like to add, due to me being left in one cell all day every day, know reckreation, know books, pen or pepper, know commabery. Money was check at night of false arrest, but later used against me with other things saying these things were found in a area relating to a gun, which didn't belong to me. I was also denied law libery in which I wanted to use, to make motion to appear at and testify at grand jury. But all these things I was deprived of, caused me to have a set-back.

Which left me in know shape to assist in my defense. Which are clear to see the court, and D.A.'s office and Lawyer, disregarded my rights and encouraged undue acts of excessive force administered against me. In the attempt to rush me through a trial with know evidence against me to lend a conviction. Because of the pressure made on the police for his misconduct. Like I said they needed to previal with a conviction against me in order to circumvent the lawsuit pending against the police officer. However despite every/else, Im left unable to function or comprehend on a normal level Due to what was going on or taking place upon the arrest, and my stay in the county holding center. Lawyer attempted to address compotents, saying it was only my mother and family wishes, as if he wanted nothing to do with, what was clear to see. The out bust in going over what I went him to do in court room. Further showed court of me being incompotent to stand trial. Lawyer stood by and allowed many of my constitutional rights to be violated. Which compounded with the police officers lies and excessive force, in which I was never found guilty of any resistance at the time of the false arrest. Also the excessive force I received from Erie County deputy's along with other violations, I was deprived from them. All caused me to not be able to function in the courts properly. Which led to me not being able to testify for myself and call witnesses on my behalf, due to a mental set back brought on by them. This team effort led up to me receiving 25 years to Life in prison. Leaving me even more devestated, along with life injury's on both mentally as well as physical. I am intitled a new trial. Along with compensation for all I have been through, through this whole ordeal. Physically I am seriously injuryed, lift with Damaged bones, that have not been properly treated, sent the time they happen. Which is never. I have reported the seriousness of pain by injurys, and have been told I would be taken to outside hosipital, but still havent gone. Instead they have been giving me pain pills, and telling me Im on the list to go. Sevral greivance have been drop concerning my health threw out my imprisonment from both Elmira and Auburn correctional facilitys. On both the misconduct

made by both police and Erie county holding center. I'm been told that dosen't concern Doc. But for as my health, I was told in both facilty's I would see doctor, for my many complaints which are on RECORD, because I continue to have pain & makes knowledge of them. Also to the police Department and holding center. As I said I have damaged bones, neck, shoulder (Right), lower back, Ribs on Right side. Which makes it deficult to sleep at night from pain on Right side. I was hit in head with sticks and fist and kicks. I have night meres about the many beatens lv I took sense 2005. Also I was shot the night of false arrest. Which has left me with a gun shot wound that havent been treated. Two large gashes on my Right leg from a steel gate that was NEVER treated. Further more this type of behavior seem to follow me where ever I go, which led me to get jumped again by C.O's in Elmira correction facility. Which I am in process of exhausting administetive Remedys. Without further delay the compensation I am requesting is 70,000,000,000 million dollers, For the mental and physical Damages, and all the other violations I received. Further more I am Requesting a full investigation on all partys and defendents of this suit of 6:06-CV-06563-CJS Pittman vs. Starkey et al. And that the proper procedures be taken against them all. However I do not consent, to assignment of magistrate Judge to conduct all proceedings. I would also like add I am awaiting to hear from the following partys who employ the defendents of this case, who I have grievence pending against.

I REQUEST a jury by way of western district court.
11/25/06   Mario Pittman # 06B0525
           Mario Pittman 6:06-CV-06563-CJS

* This is the complaint I went in case → Pittman vs Starkey et al
  Until further notice →