UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIO J. PITTMAN, 06B0525,

      Plaintiff,

-vs.-                                                                 NOTICE OF MOTION

                                                                   FOR CHANGE OF VENUE

                                                                   No. 06-CV-6563CJS (P)

PO THOMAS STARKEY, PO STEVENALVARES,

PO LANGDON; THOMAS ENGLISH;

OTHERS ABOUT 12, PO ALL TOGETHER, THEN:

ERIE COUNTY H.C. DEPUTYS: GLENN;

AND DEPUTYS UPON ME ENTERING

HOUSING UNIT: TRANSPORTATION OFFICER;

MARK STAMBACH, JAMES MARONEY;

SHAWN ADAMS; MARK VAUGHN; JAMES LEMA;

GLENN SOMETHING ALONG WITH OTHERS;

and PATRICK MURPHY,

      Defendants.

---

The defendants HOMICIDE DETECTIVE MARK VAUGHN, HOMICIDE DETECTIVE JAMES LEMA AND ANY OTHER INDIVIDUALS NAMED SPECIFICALLY WHO WERE AT THE TIME OF THIS INCIDENT ASSOCIATED WITH THE BUFFALO POLICE DEPARTMENT AND ANY OTHER NON NAMED INDIVIDUALS WHO MAY NOT BE

REFERENCED OR REFERENCED IN ANOTHER FASHION AND OR REFERENCED GENERALLY WHO WERE ASSOCIATED WITH THE BUFFALO POLICE DEPARTMENT ON OR ABOUT THE DATE OF THIS INCIDENT, the undersigned brings the following motion pursuant to Title 28 USC §1404 (a), (c), granting the change of venue.

Dated: Buffalo, New York

    June 23, 2009                          Respectfully submitted,

                                           David Rodriguez

                                           Acting Corporation Counsel

                                           /s/ Carmen j. Gentile

                                           Assistant Corporation Counsel

                                           Attorney for Defendants

                                           City of Buffalo et. al.

                                           Office & P.O. Address

                                           1126 City Hall-65 Niagara Square

                                           Buffalo, NY 14202

                                           (716) 851-4332

To:

Mario J. Pittman

Pro Se, 27520

Erie County Holding Center